2 A.3d 466

Joan MURPHY, Individually, and as Administratrix
of the Estate of Kevin Murphy, Deceased

v.

TEMPLE UNIVERSITY HEALTH SYSTEM, Temple Lower
Bucks Hospital, Inc.; Pawan K. Sahu, M.D., Joseph M. Cor-
vasce, M.D., Clinical Gastrointestinal Associates, P.C. and Pe-
ter C. Serpico, D.O.

Petition of Temple Lower Bucks Hospital, Inc.

No. 41 MM 2010.

Supreme Court of Pennsylvania.

July 21, 2010.

## ORDER

PER CURIAM.

AND NOW, this 21st day of July, 2010, the Petition for Review is GRANTED, the February 9, 2010 and February 22,

2010 orders of the Superior Court are **VACATED,** and the case is **REMANDED.** The Superior Court is directed to reconsider the applications for stay in light of the automatic stay provision of the United States Bankruptcy Code. *See* 11 U.S.C. § 362. In the event that the Superior Court once again concludes that these consolidated appeals should be dismissed without prejudice, rather than stayed, the Superior Court is directed to provide a memorandum opinion setting forth its rationale.

Jurisdiction relinquished.